David E. De Lorenzi
Christopher H. Strate
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(T) (973) 596-4500
(F) (973) 639-6492

*Attorneys for Plaintiff*
*The Medicines Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MEDICINES COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EAGLE PHARMACEUTICALS, INC.; SCIDOSE LLC; and THERDOSE PHARMA PVT. LTD.,<br>　　　　　　Defendants | Civil Action No.: 16-cv-0569 (SRC-CLW)<br><br>*Document electronically filed*<br><br>**STIPULATION AND [PROPOSED] CONSENT ORDER FOR EXTENSION** |

　　　　**WHEREAS,** Defendants filed a motion to dismiss Plaintiff's First Amended Complaint on May 23, 2016 (Docket Entry No. 47);

　　　　**WHEREAS,** Plaintiff filed its opposition to Defendants' motion to dismiss on June 21, 2016 (Docket Entry No. 55);

　　　　**WHEREAS,** Defendants have now requested an extension to submit a reply in support of their motion to dismiss Plaintiff's First Amended Complaint because Latham & Watkins LLP ("Latham") has not previously been allowed access to the unredacted version of the motion to dismiss and related briefing and the referenced Arbitration Award;

　　　　**WHEREAS,** Plaintiff consents to Defendants' request for an extension;

　　　　**WHEREAS,** the deadline for Defendants' reply is currently June 28, 2016;

**WHEREAS,** the parties have jointly agreed to an extension of the deadline for Defendants to reply to Plaintiff's opposition; and

**WHEREAS,** such an extension would serve the interests of the parties by allowing the Court to efficiently adjudicate this matter;

**NOW, IT IS HEREBY STIPULATED** by and between the parties, through their undersigned counsel that:

Defendants' deadline to file their reply in support of their motion to dismiss Plaintiff's First Amended Complaint is hereby extended until July 8, 2016.

**SO STIPULATED.**

Dated June 28, 2016

By: s/ David E. De Lorenzi

David E. De Lorenzi, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
ddelorenzi@gibbonslaw.com

*Attorneys for Plaintiff*
*The Medicines Company*

Dated: June 28, 2016

s/ Kevin McDonough

Kevin McDonough, Esq.
**LATHAM & WATKINS, LLP**
885 Third Avenue
New York, New York 10022-4834
(973) 360-7900
kevin.mcdonough@lw.com

*Attorney for Defendants*
*Eagle Pharmaceuticals, Inc. Scidose, LLC,*
*and Therdose Pharma PVT. LTD*

Dated: June 28, 2016

So Ordered,

_____
Honorable Cathy L. Waldor, U.S.M.J.
y R. Chesler,
ict Court Judge